B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−33527−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert Florentine
    44 Lake Boulevard
    Matawan, NJ 07747

Social Security No.:
    xxx−xx−6409

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: February 6, 2014

Christine M. Gravelle
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Florentine  
    Debtor

Case No. 13-33527-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: smather     Page 1 of 2     Date Rcvd: Feb 06, 2014  
                Form ID: b18     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2014.

```
db          +Robert Florentine,   44 Lake Boulevard,   Matawan, NJ 07747-2348
514311746    Advanced Otolaryngology Assoc.,   557,   Cranbury Rd., Suite 3,   East Brunswick, NJ  08816
514311748   +Anant Kubal, M.D.,   668 North Beers St., Suite 100,   Holmdel, NJ 07733-1511
514311749   +Bank of America,   PO Box 53150,   Phoenix, AZ 85072-3150
514311756   +Eichenbaum & Styliano LLC,   10 Forest Ave. #300,   Paramus, NJ 07652-5238
514311757   +Emergency Medical Assoc.,   PO Box 717,   Livingston, NJ 07039-0717
514311758   +Faloni & Assoc.,   165 Passaic Ave. Ste. 301B,   Fairfiled, NJ 07004-3592
514311759   +Forster, Garbus & Garbus,   7 Banta Pl.,   Hackensack, NJ 07601-5604
514311760   +Forster, Garbust & Garbust,   7 Banta Pl.,   Hackensack, NJ 07601-5604
514311761   +GE Money Bank Modells,   PO Box 960014,   Orlando, Fl 32896-0014
514311765   +Kelly Mulholland,   325 Chestnut St.,   Suite 501,   Philadelphi8a, PA 19106-2605
514311766    Lighthouse Cove,   North Ocean Boulevard,   POmpano Beach, Fl  33060
514311767   +Lyons, Doughty & Veldhuis,   136 Gaitler Dr., Suite 100,   Mt. Laurel, NJ 08054-2239
514311768    Lyons,Doughty & Veldhois,   136 Caitler Dr. #100,   Mt. Laurel, NJ  08054
514311745   +Meridian Center I,   Two Industrial Way West,   Eatontown, NJ 07724-2265
514311772   +Northland Group, Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
514311773   +PNC Bank,   2730 Liberty Ave.,   Pittsburg, PA 15222-4747
514311774   +PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
514311776    Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ  07054-5020
514311777   +Ragan & Ragan,   3100 Route 138 West,   Brinley Plaza Building I,   Wall, NJ 07719-9020
514311779   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 269,
              Trenton, NJ  08695)
514311778   +Sovereign Merchant Services,   PO Box 17548,   Denver, CO 80217-0548
514311781   +Wachovia/Wells Fago,   c/o Hyat, Hyat & Landau,   2 Industrial Way West,
              Eatontown, NJ 07724-2265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: QDESTRAFFI.COM Feb 06 2014 21:48:00    Daniel E. Straffi,   670 Commons Way,   Building I,
              Toms River, NJ 08755-6431
smg         +E-mail/Text: leah.bynon@usdoj.gov Feb 06 2014 22:16:42    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2014 22:16:39    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514311747   +EDI: GMACFS.COM Feb 06 2014 21:48:00    Ally,   PO Box 380902,   Bloomington, MN 55438-0902
514311750   +EDI: BANKAMER2.COM Feb 06 2014 21:48:00    Bank of America,   PO Box 15633,
              Wilmington, DE 19850-5633
514311752   +EDI: CAPITALONE.COM Feb 06 2014 21:48:00    Capital One,   PO Box 85617,
              Richmond, VA 23285-5617
514311751   +EDI: CAPITALONE.COM Feb 06 2014 21:48:00    Capital One,   PO Box 71083,
              Charlotte, NC 28272-1083
514311753   +EDI: CHASE.COM Feb 06 2014 21:48:00    Chase Bank,   PO Box 15123,   Wilmington, DE 19850-5123
514311754   +EDI: CITICORP.COM Feb 06 2014 21:48:00    Citibank,   PO Box 6004,   Sioux Falls, SD 57117-6004
514311755   +EDI: CIAC.COM Feb 06 2014 21:48:00    Citimortgage, Inc.,   1000 Technology Dr.,
              O Fallon, MO 63368-2240
514334938    EDI: RECOVERYCORP.COM Feb 06 2014 21:48:00    GE Capital Retail Bank,
              c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
514311762   +EDI: HFC.COM Feb 06 2014 21:48:00    HSBC Bank Nevada, N.A.,   1111 N. Town Center Dr.,
              Las Vegas, NV 89144-6364
514311763    EDI: IRS.COM Feb 06 2014 21:48:00    Internal Revenue Service,   ACS Support,   PO Box 8208,
              Philadelphi8a, PA  19101-8208
514311764   +EDI: CAUT.COM Feb 06 2014 21:48:00    JP Morgan Chase,   201 No. Cental Ave.,   17th Fl.,
              Phoenix, AZ 85004-1000
514311769   +EDI: MID8.COM Feb 06 2014 21:48:00    Midland Funding, LLC,   8875 Aero Dr., Suite 200,
              San Diego, CA 92123-2255
514311770   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 06 2014 22:17:00    NCO Financial,
              PO Box 15630,   Wilmington, DE 19850-5630
514311771   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 06 2014 22:17:00    NCO Financial System,
              PO Box 15630, Dept. 99,   Wilmington, DE 19850-5630
514311775   +EDI: PRA.COM Feb 06 2014 21:48:00    Portfolio Recovery Assn.,   PO Box 12914,
              Norfolk, VA 23541-0914
514311780   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 06 2014 22:17:00    Transworld Systems,
              507 Prudential Rd.,   Horsham, PA 19044-2308
                                                                                              TOTAL: 19
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3          User: smather              Page 2 of 2                  Date Rcvd: Feb 06, 2014
                              Form ID: b18               Total Noticed: 42

aty*         +Daniel E. Straffi,    670 Commons Way,    Building I,    Toms River, NJ 08755-6431
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2014 at the address(es) listed below:
    Arnold R. Schlisserman    on behalf of Debtor Robert   Florentine aschlisserman@aol.com
    Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
    Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
     dstraffi@ecf.epiqsystems.com
    William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                      TOTAL: 4